UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LAWANDA C. HARRIS** | **CASE NO. 3:18-CV-01421** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss With Prejudice [Doc. No. 19] is **GRANTED**. Plaintiff's claims against Defendant The Prudential Insurance Company of America are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. This case is now closed.

**Monroe, Louisiana,** this 28th day of May, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**